RECEIVED
MAR 28 2008
U.S. C.A. 3rd

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | NOS. 06-9000 & 06-9001 |
| Appellant in 06-9001 | : | |
| Appellee in 06-9000 | : | |
| | : | Capital Appeal |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Appellee in 06-9001 | : | |
| Appellant in 06-9000 | : | |

## DAVID PAUL HAMMER'S UNOPPOSED MOTION FOR A FINAL ONE WEEK EXTENSION OF TIME TO FILE STEP-3 BRIEF

DAVID PAUL HAMMER, Appellant and Appellee in the above captioned matter, hereby moves through undersigned counsel for a final one week extension of time to file his Step-3 Brief. The Government does not oppose this motion. In support of this motion, he states the following.

1. Mr. Hammer's Step-3 brief in this capital appeal and cross appeal is currently due on April 4, 2008, the Court already having granted Mr. Hammer a sixty day extension. For the following reasons, counsel respectfully request a final seven day extension until April 11.

1

2. Undersigned counsel, Wiseman, is scheduled to argue a capital habeas appeal in this Court in <u>Bond v. Beard</u>, 06-9002 and 06-9003 (3d Cir.), on April 8, 2008. <u>Bond</u> is a complex capital appeal in which the Court will hear argument on four substantive issues. When counsel moved for a sixty day extension in Mr. Hammer's case, he anticipated being able to give the brief and argument preparation each the attention they require and deserve. However, it appears that counsel was mistaken, and he will need additional time to complete the Hammer brief.

3. Additionally, the Panel in <u>Bond</u> has ordered supplemental briefing to be filed on March 31, 2008 and that additional task is interfering with counsel's ability to both complete the Hammer brief, and prepare for the argument.

4. Counsel make this request in good faith and based on the needs of this important and complex case. Counsel anticipate being able to file his brief on or before the 11th and will make no additional requests for time.

5. Counsel has communicated with Frederick Martin, Jr., co-counsel for the Government, regarding this motion, and Mr. Martin has agreed to permit Mr. Hammer's counsel to represent to the Court that the Government has no opposition to this motion. Counsel appreciate the Government's consideration.

WHEREFORE, counsel respectfully request that the Court grant him a final one week extension of time to file his Step-3 brief (until April 11, 2008).

2

Respectfully submitted,

_[signature]_

Michael Wiseman
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Anne L. Saunders
Assistant Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
717- 782-3843

Counsel of Record for Appellant, David Paul Hammer

## CERTIFICATE OF SERVICE

I, Michael Wiseman, of do hereby certify that on this date I served
a copy of the foregoing upon the following persons by United States
Mail, first class, postage prepaid:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal
Building, Suite 316
240 West Third Street
Williamsport, PA. 17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

_[signature]_

Michael Wiseman

Dated:     Philadelphia, PA
           March 28, 2008

3