IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA,

        Appellant in 06-9001
        Appellee in 06-9000

    v.

DAVID PAUL HAMMER,

        Appellee in 06-9001
        Appellant in 06-9000

NOS. 06-9000 & 06-9001

Capital Appeal

## DAVID PAUL HAMMER'S SECOND MOTION TO AMEND APPENDIX

DAVID PAUL HAMMER, Appellant and Appellee in the above captioned matter (hereafter, Appellant), hereby moves through undersigned counsel for permission to file a second Supplemental Appendix. The materials Appellant seeks to include in the Appendix have been filed as an Attachment to the Step 3 Brief.

1.    Appellant was sentenced to death by the United States District Court for the Middle District of Pennsylvania (Honorable Malcolm Muir) on November 4, 1998 resulting from his first degree murder conviction.

2.    Following direct appeal proceedings (United States v. Hammer, 226 F.3d 229 (3d Cir. 2000)), Appellant moved to vacate his conviction and sentence pursuant

1

to 28 U.S.C. § 2255. Following an extensive evidentiary hearing, on December 27, 2005 the District Court vacated the death sentence, but denied all claims challenging Appellant's murder conviction.

3. Appellant filed a time Notice of Appeal with regard to the denial of his guilt phase claims. The Government also filed a timely Notice of Appeal challenging the District Court's vacation of the death sentence.

4. On December 21, 2006 this Court granted Appellant's application for a Certificate of Appealability on four issues, and ordered that his Step-1 Brief and Appendix be filed on or before January 30, 2007.

5. On February 2, 2007, this Court granted Appellant's motion for an extension of time for filing his Step-1 Brief and Appendix and directed that Appellant file his appendix on or before March 16, 2007 and his brief on or before April 30, 2007. [1]

6. On March 16, 2007, Petitioner filed the Joint Appendix.

7. On May 7, 2007, Appellant filed a Motion to Amend Appendix to Include Documents Inadvertently Omitted from the Joint Appendix in order to add a District Court order in this matter.

_____

[1] Also pending before the Court is Mr. Hammer's Motion to stay the briefing schedule in view of his pending petition for certiorari.

2

WHEREFORE, Appellant respectfully requests that the Honorable Court grant

his *Second Motion to Amend Appendix.*

Respectfully Submitted,


_____
Michael Wiseman
Supervisory Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

_____
Anne L. Saunders
Assistant Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
717- 782-3843


Counsel of Record for Appellant, David Paul Hammer


Date: April 11, 2008

3

# CERTIFICATE OF SERVICE

I, Michael Wiseman, do hereby certify that on this date I served a copy of the foregoing upon the following persons by United States Mail, first class, postage prepaid:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA. 17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

_Michael Wiseman /JC_
Michael Wiseman

Dated: April 11, 2008

4