IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 06-9000 & 06-9001

UNITED STATES OF AMERICA,

RECEIVED
APR 2 8 2008
U.S. C.A. 3rd

Appellee/Cross-Appellant

v.

DAVID PAUL HAMMER,

Appellant/Cross-Appellee

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES' RESPONSE TO DAVID PAUL HAMMER'S
SECOND MOTION TO AMEND APPENDIX

Appellee/Cross-Appellant, the United States, respectfully requests that the

Court deny Appellant/Cross-Appellee David Paul Hammer's second motion to

amend the appendix in this case.

Hammer's appendix includes a defense-prepared compilation of verdicts in

other federal death penalty cases, from which he argues that juries have returned

death sentences in 33% of the cases in which the "substantial planning and

premeditation" statutory aggravating factor was found proven, whereas juries have

returned death sentences in 21% of the cases in which that factor was found not proven. This compilation is not contained in the record before the district court and it involves assertions of factual matters from cases brought in numerous federal courts nationwide that are not readily verifiable from electronically available court records. Given that the data was not contained in the district court and does not appear to be a proper subject of judicial notice, it should not be allowed as a supplement to the appendix. *Government of Virgin Islands v. Harrigan*, 791 F.2d 34, 36 (3d Cir. 1986) (compilation of data from other cases in the same district not a part of the district court record and therefore not properly included in the appendix on appeal); *see* Fed. R. App. P. 30(a)(1); Local Rule 30.3.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that Hammer's second motion to amend the appendix in this case be denied.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

FREDERICK E. MARTIN
Assistant United States Attorney
PA 57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465


Gwynn X. Kinsey, Jr., Esquire
Capital Case Unit
Criminal Division
U.S. Department of Justice
Room 336
1331 F Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-9721
Fax: (202) 353-9779
Email: Gwynn-Charlie.Kinsey@usdoj.gov

Dated: April 25, 2008


## CERTIFICATE OF SERVICE

I, Gwynn X Kinsey, Jr., do hereby certify that on April 25, 2008, I caused to be served by overnight Federal Express delivery copies of the United States' Response to David Paul Hammer's Second Motion to Amend Appendix upon the following individuals:

Anne L. Saunders, Esquire
Office of the Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101-2540

Michael Wiseman, Esquire
Federal Court Division
Capital Habeas Corpus Unit
Defender Association of Philadelphia
Curtis Center Building, Suite 545 West
Independent Square West
Philadelphia, PA 19106


Gwynn X Kinsey, Jr.

4