UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 2, 2008

Nos. 06-9000 & 06-9001

UNITED STATES OF AMERICA,

Appellee/Cross-Appellant

v.

DAVID PAUL HAMMER,

Appellant/Cross-Appellee

(M.D. Pa No. 96-cr-00239)

Present:     McKEE, RENDELL and NYGAARD, Circuit Judges

Motion by Appellee/Cross-Appellant for Leave to File Second-Step Brief in Excess Word Limitation Containing 20, 000 Words.

/s/ Chiquita M. Dyer
Case Manager
(267)299-4919

**Calendared at the convenience of the Court.**

**O R D E R**

**The foregoing motion is hereby granted.**

By the Court,

/s/Theodore A. McKee
Circuit Judge

Dated: May 6, 2008
CMD/cc: Michael Wiseman, Esq.
    Anne L. Saunders, Esq.
    Frederick E. Martin, Esq.
    Gwynn X. Kinsey Jr., Esq.