No. 06-9000, 06-9001

United States of America vs. David Paul Hammer

**RECEIVED** NOV 19 2008 U.S. C.A. 3rd

Print Form

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

David Paul Hammer. Mr. Hammer is Appellant and Cross-Appellee.

Indicate the party's role IN THIS COURT (check <u>only</u> one):

\_\_\_\_\_ Petitioner(s)   ✓ Appellant(s)   \_\_\_\_\_ Intervenor (s)

\_\_\_\_\_ Respondent(s)   \_\_\_\_\_ Appellee(s)   \_\_\_\_\_ Amicus Curiae

(Type or Print) Counsel's Name  Mr. Matthew Stiegler

Mr.      Ms.      Mrs.      Miss

Firm  Federal Community Defender for the Eastern District of Pennsylvania, Capital Habeas Unit

Address  601 Walnut Street, Suite 545-West

City, State, Zip Code  Philadelphia, PA 19106

Phone (215 ) 928-0520      Fax (215) 928 0826

**Primary E-Mail Address (required)** Matthew_Stiegler@fd.org

**Additional E-Mail Address** matt.stiegler@gmail.com

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses.

**SIGNATURE OF COUNSEL:** _____

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 05/05/08