**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

December 17, 2008

Gwynn X. Kinsey Jr. Esq.
Frederick E. Martin Esq.
Anne L. Saunders Esq.
Matthew Stiegler Esq.
Michael Wiseman Esq.

RE: USA v. Hammer
Case Numbers: 06-9000 & 06-9001
District Case Number: 96-cr-00239

Dear Counsel:

The Court directs that counsel should be prepared to address the jurisdictional issues underlying
this appeal as well as the merits.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany Washington*

Tiffany Washington, Calendar Clerk
267-299-4905