UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 06-9000 and 06-9001

UNITED STATES OF AMERICA

                              Appellee/Cross-Appellant

v.

DAVID PAUL HAMMER,

                              Appellant/Cross-Appellee

Appeals from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 96-cr-00239)
District Judge:  Honorable Malcolm Muir

Argued January 14, 2009

Before:  McKEE, RENDELL and NYGAARD, Circuit Judges.

JUDGMENT

These causes came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and were argued on January 14, 2009.  On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that these appeals are dismissed for lack of jurisdiction.  All of the above in accordance with the opinion of this Court.

                              ATTEST:

                              /s/ Marcia M. Waldron
                              Marcia M. Waldron, Clerk

Dated: May 11, 2009