UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 31, 2008

Nos. 06-9000 & 06-9001

UNITED STATES OF AMERICA,
Appellee/Cross-Appellant

v.

DAVID PAUL HAMMER,
Appellant/Cross-Appellee
(MD/PA Criminal No. 96-cr-00239)

Present: MCKEE, RENDELL and NYGAARD, Circuit Judge

Unopposed Motion by Appellant/Cross-Appellee for Extension of Time until
April 11, 2008 to File Third Step Brief.

 /s/ Chiquita Dyer
Chiquita Dyer, Legal Assistant
(267) 299-4919

**O R D E R**

The foregoing motion is GRANTED, nunc pro tunc.

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: May 12, 2009
CMD/cc: Gwynn X. Kinsey Jr., Esq.
  Frederick E. Martin, Esq.
  Anne L. Saunders, Esq.
  Matthew Stiegler, Esq.
  Michael Wiseman, Esq.