UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 29, 2008

Nos. 06-9000 & 06-9001

UNITED STATES OF AMERICA,
Appellee/Cross-Appellant

v.

DAVID PAUL HAMMER,
Appellant/Cross-Appellee
(MD/PA Criminal No. 96-cr-00239)

Present: **MCKEE, RENDELL AND NYGAARD**, Circuit Judges

1. Motion by Appellant/Cross-Appellee Mr. David Hammer for Leave to File Second Motion to Amend Appendix construed as Motion to File Second Supplemental Appendix.

2. Response by Appellee/Cross-Appellant USA in opposition to Motion for Leave to File Second Motion to Amend Appendix.

/s/Erica M. Ayala
Erica M. Ayala
Briefing Specialist/Court Crier
(267) 299-4941

**Calendared: At the Convenience of the Court.**

**O R D E R**

The foregoing motion is DENIED.

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: May 12, 2009
EMA/cc: Anne L. Saunders, Esq.
Matthew Stiegler, Esq.
Michael Wiseman, Esq.
Gwynn X. Kinsey, Jr., Esq.
Frederick E. Martin, Esq.