UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 06-9000 and 06-9001

_____

UNITED STATES OF AMERICA
                                                  Appellee/Cross-Appellant

v.

DAVID PAUL HAMMER,
                                                  Appellant/Cross-Appellee

_____

Appeals from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 96-cr-00239)
District Judge:  Honorable Malcolm Muir

_____

Argued January 14, 2009

Before:  McKEE, RENDELL and NYGAARD, <u>Circuit</u> <u>Judges</u>.

_____

JUDGMENT

_____

    These causes came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and were argued on January 14, 2009.  On consideration whereof, it is now here

    ORDERED and ADJUDGED by this Court that these appeals are dismissed for lack of jurisdiction.  All of the above in accordance with the opinion of this Court.

                                        ATTEST:

                                        /s/ Marcia M. Waldron
                                        Marcia M. Waldron, Clerk

Dated: May 11, 2009

Page 2
USA v. Hammer
Appeal Nos. 06-9000 & 06-9001



**Certified as a true copy and issued in lieu
of a formal mandate on** July 6, 2009

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**